# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

WILLIE A. HECKSTALL, III,

                Plaintiff,                19 **CIVIL** 3566 (DLC)

    -against-                      **JUDGMENT**

METROPOLITAN TRANSPORTATION
AUTHORITY,

                Defendant.

------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 1, 2021, the defendant's September 25, 2020 motion for summary judgment on the plaintiff's Title VII claims is granted. The Court declines to exercise supplemental jurisdiction over the state law claims; accordingly, the case is closed.

**Dated:** New York, New York
        April 1, 2021

                                              **RUBY J. KRAJICK**

                                                **Clerk of Court**
                  **BY:**        *K. Mango*

                                                  **Deputy Clerk**